UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CLIFFORD A. KEITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:06CV661 RWS |
| | ) | |
| ANTHONY V. RUSSELL, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before me on Anthony Russell's motion for extension of time to file answer or otherwise respond to complaint. The motion will be granted in part.

Russell is seeking an additional ninety days to respond to the complaint because he lives out of state and claims he is having difficulty obtaining local counsel. Russell filed a similar motion on May 30, 2006, which I granted. Russell was due to answer the complaint by June 29, 2006.

I will grant the motion in part only because a ninety day extension is unwarranted. Russell shall file an answer or other appropriate motion no later than August 7, 2006.

Accordingly,

**IT IS HEREBY ORDERED** that Russell's motion for extension of time to

file answer or otherwise respond to complaint [#4] is **GRANTED** in part. Russell shall file an answer or other appropriate motion no later than **August 7, 2006.**

Dated this 7th day of July, 2006.

                                            RODNEY W. SIPPEL
                                            UNITED STATES DISTRICT JUDGE